UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
OFFICE OF THE CLERK
MARK O. HATFIELD UNITED STATES COURTHOUSE
1000 SOUTHWEST THIRD AVENUE
PORTLAND, OR 97204
TEL: 503-326-8176 ◇ FAX: 503-326-8010

2013 NOV 25 P 2: 44

2: 09mJ886

MARY MORAN
CLERK OF COURT

SUSAN KIM
CHIEF DEPUTY CLERK

November 22, 2013

US District Court, District of Nevada
333 S. Las Vegas Boulevard
Las Vegas, NV 89101

**SUBJECT: Transfer of Motion for Return of Property**

On August 29th, 2013, our court entered an Order transferring the motion of a criminal defendant for the return of property to your district in our case 3:09-cr-00444 BR, USA v. Antonio Gonzalez. Based on the docket, the order does not appear to have been sent to your district. I am forwarding the order to you today in order to rectify the oversight. If you require any additional documents in order to effect the transfer of this motion to your court, do not hesitate to contact me.

Sincerely,

Eric Oss
Court Support Supervisor

Attachments: Order Transferring Motion for Return of Property

S. AMANDA MARSHALL, OSB # 95347
United States Attorney
District of Oregon
ANNEMARIE SGARLATA, OSB # 065061
annemarie.sgarlata@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1156
Facsimile: 503-727-1117

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:09-CR-00444-BR |
| v. | ORDER TRANSFERRING DEFENDANT ANTONIO GONZALEZ'S MOTION FOR RETURN OF PROPERTY TO THE DISTRICT OF NEVADA AND THE SOUTHERN DISTRICT OF CALIFORNIA |
| ANTONIO GONZALEZ, | |
| Defendant. | |

Based upon the Government's Response to Defendant Antonio Gonzalez's Motion for Return of Property (CR 297), and pursuant to Federal Rule of Criminal Procedure 41(g) and this Court's August 23, 2013, Order (CR 298) concluding that the Court lacks authority to act on Defendant Antonio Gonzalez's Motion for Return of Things Seized (CR 294),

ORDER TRANSFERRING DEFENDANT ANTONIO GONZALEZ'S MOTION FOR
RETURN OF PROPERTY TO THE DISTRICT OF NEVADA AND THE SOUTHERN
DISTRICT OF CALIFORNIA                                                          PAGE 1

IT IS ORDERED AND ADJUDGED that Defendant Antonio Gonzalez's Motion for Return of Things Seized be transferred to the United States District Courts in the districts where Defendant's property was seized, as follows.

1. Defendant's Motion as to the following items, all seized in the District of Nevada, is hereby transferred to the United States District Court for the District of Nevada:

- One wooden small statue seized from luggage at the Venetian Resort & Casino, located at 3355 Las Vegas Boulevard South, Las Vegas, Nevada, 89109;

- One Motorola phone (IMEI: 001700972296740) with case, seized at defendant Antonio Gonzalez's arrest at Circus Circus, located at 2880 Las Vegas Boulevard South, Las Vegas, Nevada, 89109;

- One 16 GB Apple iPhone with case, seized at defendant Antonio Gonzalez's arrest at Circus Circus; and

- One T-Mobile Blackberry with case, seized at defendant Antonio Gonzalez's arrest at Circus Circus, located at 2880 Las Vegas Boulevard South, Las Vegas, Nevada, 89109.

2. Defendant's Motion as to the following items, all seized in the Southern District of California, is hereby transferred to the United States District Court for the Southern District of California:

- 10 boxes of miscellaneous documents seized from Room B at 8716

Sherwood Terrace, San Diego, California 92154;

- Two boxes of miscellaneous documents seized from Room C at 8716 Sherwood Terrace, San Diego, California 92154;

- One box of miscellaneous documents seized from Room E at 8716 Sherwood Terrace, San Diego, California 92154;

- One box of miscellaneous documents seized from Room D at 8716 Sherwood Terrace, San Diego, California 92154;

- One file cabinet containing documents, seized from Room E at 8716 Sherwood Terrace, San Diego, California 92154;

- One box of miscellaneous documents seized from Room I at 8716 Sherwood Terrace, San Diego, California 92154;

- 58 boxes of miscellaneous documents seized from 1510 Santiago Ridge Way, San Diego, California 92154;

- One bag of miscellaneous documents seized from 1096 Red Maple Drive, Chula Vista, California 91910; and

- 25 boxes of financial and miscellaneous documents seized from 1096 Red Maple Drive, Chula Vista, California 91910.

IT IS SO ORDERED this 29th day of August, 2013.

ANNA J. BROWN
United States District Judge

Respectfully submitted by:

**S. AMANDA MARSHALL, OSB # 95847**
United States Attorney
District of Oregon

*AnneMarie Sgarlata*

**ANNEMARIE SGARLATA, OSB # 065061**
Assistant United States Attorney