# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:09-mj-00886-GWF |
| vs. | **ORDER** |
| ANTONIO GONZALEZ, | |
| Defendant. | |

This matter comes before the Court on the District of Oregon's Transfer Order (#12), filed on November 25, 2013. Defendant appeared in this Court for his Initial Appearance in Rule5(c)(3) proceedings on November 17, 2009, and was held to answer in the District of Oregon. *See Minutes of Proceedings, Doc. #17*. Defendant subsequently filed a Motion for Return of Property in the District of Oregon, which transferred the Motion to this District on the Government's representation that the property sought was seized in Nevada. The Motion, however, is not filed on the docket in this case. Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall file his Motion for Return of Property in this case within 14 days of the date of this Order.

DATED this 3rd day of December, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge